Decided September 18, 1996

## WASHINGTON TRUST COMPANY *v.*
## MARIE D. SMITH

Decided September 18, 1996

## WASHINGTON TRUST COMPANY *v.*
## MARIE D. SMITH

The petition by the proposed defendant Spicer Plus, Inc., for certification for appeal from the Appellate Court, 42 Conn. App. 330 (AC 13416), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that movants Spicer Plus, Inc., and John Holstein were not entitled to intervene because (1) they had not met their

burden of proving their interests in the property, and (2) they had not filed their motion to intervene in a timely manner?"

The Supreme Court docket number is SC 15529.

*William F. Gallagher* and *Cynthia C. Bott*, in support of the petition.

*Francis J. Pavetti*, in opposition.

Decided September 18, 1996